JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA et al., <br><br> Plaintiffs, <br><br> v. <br><br> PENTEL OF AMERICA LTD. et al., <br><br> Defendants. | Case No. 2:25-cv-01824-SB-MAA <br><br> FINAL JUDGMENT |

For the reasons stated in the separate order of dismissal entered this date, it is ordered that Plaintiff and Relator's claims against Defendants are dismissed without prejudice.

This is a final judgment.

Date: February 23, 2026

_____
Stanley Blumenfeld, Jr.
United States District Judge